United States Bankruptcy Court
District of Arizona

In re:  Case No. 21-06030-DPC
Grant Goodman  Chapter 7
TERI GOODMAN
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Feb 15, 2022     Form ID: pdf001     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Grant Goodman, TERI GOODMAN, Grant H. Goodman, PLLC, 3202 E. OREGON AVENUE, PHOENIX, AZ 85018-1436 |
| 16510014 | + | Arcadia Endodontics, c/o Tek-Collect Inc, 871 Park Street, Columbus OH 43215-1441 |
| 16510015 | | Bombardier Capital Inc., 1600 Mountain View Drive, Colchester VT 05446 |
| 16510016 | + | California Portland Cement, Attn: Michael S. Rubin/Dickinson Wright, 1850 N. Central Avenue, Phoenix AZ 85004-4527 |
| 16510017 | | Cementos De Amigo, Attn: William Maledon/Osborn Maledon, 2929 N. Central Avenue, 21st Floor, Phoenix AZ 85012-2793 |
| 16510018 | | CitiCapital Commerical Leasing Corp., Attn: David N. Ingrassia, 3941 E. Chandler Blvd, Ste. 111-119, Chandler AZ 85248 |
| 16510019 | + | CitiCapital Technology Finance Inc., Attn: David Ingrassia, 3941 E. Chandler Blvd., Ste. 111-119, Phoenix AZ 85048-0301 |
| 16510020 | + | Comerica Bank, Attn: John Clemency/Polsinelli P.C., One East Washington Street, Phoenix AZ 85004-2492 |
| 16510021 | + | Empire Southwest LLC, Attn: Susanne E. Ingold/Burch & Cracchi, 1850 N. Central Avenue, Ste. 1700, Phoenix AZ 85004-4574 |
| 16510022 | + | General Electric Capital Corporation, Attn: David N. Ingrassia, 3941 E. Chandler Blvd, Ste. 111-119, Phoenix AZ 85048-0301 |
| 16510023 | + | Greenberg Traurig, Attn: Jennifer M. Dubay, 2375 E. Camelback Road, Ste. 700, Phoenix AZ 85016-9000 |
| 16510026 | | Law Offices of Richard L. Brooks, Richard L. Brooks, 8849-1 S. 51st Street, Phoenix AZ 85044-7796 |
| 16510027 | + | Lendmark Financial Services, 744 W. Elliot Road, Unit 104, Tempe AZ 85284-1247 |
| 16510029 | | Mary Valdez, 2963 Baker Street, Costa Mesa CA 92626-3601 |
| 16510030 | + | Minerals & Fuels Inc., Michael S. Rubin/Dickinson Wright, 1850 N. Central Avenue, Phoenix AZ 85004-4527 |
| 16510031 | | Osborn Maledon, Colin F. Campbell, Esq., 2929 North Central Avenue, 21st Floor, Phoenix AZ 85012-2793 |
| 16510032 | + | Richard A. Halloran, Lewis & Roca LLP, 40 N. Central Avenue, Phoenix AZ 85004-4424 |
| 16510033 | + | Robert S. Porter, Poter Law Firm, 7243 N. 16th Street, Phoenix AZ 85020-5203 |
| 16510034 | + | Ryan J. Lorenz, Clark Hill PLC, 14850 N. Scottsdale Road, Ste. 500, Scottsdale AZ 85254-3464 |
| 16510035 | | Salt and Light, LLC, Attn: William Maledon/Osborn Maledon, 2929 N. Central Avenue, 21st Floor, Phoenix AZ 85012-2793 |
| 16510037 | + | State Bar of Arizona, Attn: William G. Fairbourn/Bonnett Fair, 2325 E. Camelback Road, Ste. 300, Phoenix AZ 85016-9074 |
| 16510039 | + | TD Bank USA Jefferson Capital, 16 McLelland Road, Saint Cloud MN 56303-2198 |
| 16510038 | + | Taiheiyo Cement USA, 2025 E. Financial Way, Suite 200, Glendora CA 91741-4603 |
| 16510040 | + | Unifund Acquisitions, LLC, Attn: Kristen Zang/Blatt Hasenmiller, 2702 North 3rd Street, Ste. 2010, Phoenix AZ 85004-4606 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16510024 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2022 22:35:00 | Internal Revenue Service, P.O. Box 145566, Stop 813G CSC, Cincinnati OH 45250-5566 |
| 16510028 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 15 2022 22:35:00 | Lendmark Financial Services, 2118 Usher Street, Covington GA 30014 |
| 16510036 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2022 22:35:00 | Santander USA, PO Box 961245, Fort Worth TX 76161-0244 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16510025 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia PA 19255 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM B. NACH | on behalf of Trustee ROGER W. BROWN adam.nach@lane-nach.com danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com,sheila.rochin@lane-nach.com |
| BRIAN N. SPECTOR | on behalf of Joint Debtor TERI GOODMAN bspector@soarizonalaw.com minute-entries@soarizonalaw.com |
| BRIAN N. SPECTOR | on behalf of Debtor Grant Goodman bspector@soarizonalaw.com minute-entries@soarizonalaw.com |
| ROGER W. BROWN | rogerbrowntrustee@live.com rwb@trustesolutions.net,rrwwbb@hotmail.com |
| STUART BRADLEY RODGERS | on behalf of Trustee ROGER W. BROWN stuart.rodgers@lane-nach.com sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

Adam B. Nach - 013622
Stuart B. Rodgers - 025720
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: stuart.rodgers@lane-nach.com

Attorneys for Roger W. Brown, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| GRANT GOODMAN and TERI GOODMAN, | No. 2:21-bk-06030-DPC |
| Debtor. | **NOTICE OF TRUSTEE'S APPLICATION TO COMPROMISE CLAIM** |

TO: CREDITORS AND PARTIES-IN-INTEREST:

Notice is hereby given that Roger W. Brown, Trustee, has filed an Application to Compromise Claim ("**Application**"), a complete copy is on file with the Clerk of the Court and available for inspection.

Pursuant to a Judgment against the Debtors, CPCC obtained an Order of Continuing Lien on April 12, 2007 ("**Continuing Lien Order**"), establishing a continuing lien against all future non-exempt earnings of Debtor Teri Goodman. Pursuant to the Continuing Lien Order, CPCC received payments in the approximate amount of $9,500.00 during the 90-day "preference period" prior to the Petition Date ("**Payments**"). Trustee alleges that each of the Payments that CPCC received during the preference period is subject to avoidance ("**Preference Claims**").On or about September 10, 2021, Trustee made demand on CPCC for the avoidance and return of the Payments and alleged in his demand that such Payments are avoidable transfers pursuant to 11 U.S.C. §547. CPCC disputes that the Payments are avoidable as preferences and contends that CPCC had a valid and perfected lien as to the earnings and the Payments under Arizona law and pursuant to the Continuing Lien Order. Trustee recognizes that although he believes that his legal position is correct, there is always risk associated with litigation on unresolved issues and that there will be attorney's fees and costs incurred in conducting litigation. Given the amount at issue, the legal fees and costs would rapidly deplete the recovery even if successful. Trustee projects the fees and costs could be anywhere from $4,000.00 to $6,000.00+ if this matter would proceed to litigation.

Trustee and CPCC have agreed to settle the Preference Claims and the Estate's interest in the Payments for the total sum of $3,500.00 ("**Settlement Amount**"), subject to Court approval. In light of (a) the costs of litigating, (b) the amount at issue, and (c) the risk of no recovery for creditors if the Estate loses on the issue, along with all other factors, the Trustee believes the

settlement with CPCC is appropriate after consideration of all of the circumstances.

This settlement shall not be construed as an admission by either party as to the strengths or weaknesses of the arguments or issues presented. CPCC will remit the Settlement Amount, made payable to "Roger W. Brown, Trustee" within fifteen (15) days of the entry of the Order approving the Application. Upon the Trustee's receipt of the Settlement Amount and the entry of an Order approving the Application, the Estate's interests in the Preference Claims and in the Payments and the Estate's claims against CPCC and its successors and assigns shall be deemed satisfied and forever released.

Any person opposing same shall file a written objection, together with a notice of hearing, on or before 21 days of the date of this mailing as follows: United States Bankruptcy Court, as follows: (a) by hand-delivery or mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, with a copy to: Stuart Rodgers at Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, Arizona 85016.

**Objections should be supported by specific facts.** If the party in interest timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the Court will sign an Order without further notice to you.

DATED: February 15, 2022  **LANE & NACH, P.C.**

By /s/ SBR 025720
Stuart B. Rodgers
Attorney for Trustee

COPY of the foregoing noticed
separately via BNC and delivered via NEF

COPY of the foregoing delivered
via electronic notification to:

Brian N. Spector
Schneider & Onofry, P.C.
365 E. Coronado Rd.
Phoenix, AZ 85004
Email: bspector@soarizonalaw.com
Attorney for Debtors

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By: /s/ S. Rochin